# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KELLY ANNE MURPHY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0707

[October 22, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 2023CF002716 A.

Daniel Eisinger, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* We remand the case solely for the court to strike the "Order Assessing Fines, Fees, Costs, and Additional Charges," while leaving the "Final Judgment for Fines, Fees, Costs, and Additional Charges" in place to prevent confusion. *See Calhoun v. State*, 296 So. 3d 1006, 1007-08 (Fla. 2d DCA 2020).

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***